UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| INFOGATION CORPORATION,<br>*Plaintiff* | §<br>§<br>§ | |
| v. | §<br>§ | Case No. 2:23-CV-00573-RWS-RSP |
| FORD MOTOR COMPANY,<br>*Defendant* | §<br>§<br>§ | |

## JOINT MOTION FOR ENTRY OF AGREED DOCKET CONTROL ORDER

Pursuant to the Court's Order (Dkt. 7), dated March 10, 2024, Defendant Ford Motor Company, and Plaintiff Infogation Corporation, hereafter referred to as "the Parties," jointly and respectfully move for entry of the parties' Agreed Docket Control Order attached hereto.

Dated:  April 17, 2024

Respectfully submitted,

*/s/ Jennifer P. Ainsworth*
Jennifer Parker Ainsworth
TX Bar No. 00784720
WILSON, ROBERTSON & VANDEVENTER, P.C.
909 ESE Loop 323, Suite 400
Tyler, Texas 75701
Telephone: (903) 509-5000
Facsimile: (903) 509-5092
Email: jainsworth@wilsonlawfirm.com

John S Le Roy
Christopher C Smith
Reza Roghani Esfahani
Brooks Kushman P.C.
150 W. Second St., Suite 400n
Royal Oak, MI 48067-3846
248-358-4400
jleroy@brookskushman.com
csmith@brookskushman.com
resfahani@brookskushman.com

*Counsel for Defendant Ford Motor Company*

1

*/s/ Christopher A. Honea*
Randall T. Garteiser
M. Scott Fuller
Christopher A. Honea
GARTEISER HONEA PLLC
119 W. Ferguson St.
Tyler, TX 75702
Telephone: 903-705-7420
Facsimile: 903-405-3999
rgarteiser@ghiplaw.com
sfuller@ghiplaw.com
chonea@ghiplaw.com


*Counsel for Plaintiff Infogation Corporation*

**CERTIFICATE OF CONFERENCE**

This is to certify that counsel have conferred concerning this Joint Motion and this Joint Motion sets out the Parties' positions.

*/s/ Jennifer P. Ainsworth*
Jennifer P. Ainsworth

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was filed electronically on April 17, 2024. As such, this document was served on all counsel of record who are deemed to have consented to electronic service.

*/s/ Jennifer P. Ainsworth*
Jennifer P. Ainsworth
