# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| INFOGATION CORPORATION, §<br>*Plaintiff* §<br>§<br>v. §<br>§<br>FORD MOTOR COMPANY, §<br>*Defendant* § | Case No. 2:23-CV-00573-RWS-RSP |

## DEFENDANT'S NOTICE OF COMPLIANCE REGARDING LOCAL PATENT RULE 3-3 AND 3-4

Pursuant to this Court's Order (Dkt. 7) and Local P.R. 3-3 and 3-4, Defendant Ford Motor Company hereby provides notice, that on June 24, 2024, its Invalidity Contentions and Document Production were served upon Plaintiff's counsel of record via electronic mail.

Dated: June 25, 2024

Respectfully submitted,

*/s/ Jennifer P. Ainsworth*
Jennifer Parker Ainsworth
TX Bar No. 00784720
WILSON, ROBERTSON & VANDEVENTER, P.C.
909 ESE Loop 323, Suite 400
Tyler, Texas 75701
Telephone: (903) 509-5000
Facsimile: (903) 509-5092
Email: jainsworth@wilsonlawfirm.com

John S Le Roy
Christopher C Smith
Reza Roghani Esfahani
Brooks Kushman P.C.
150 W. Second St., Suite 400n
Royal Oak, MI 48067-3846
248-358-4400
jleroy@brookskushman.com
csmith@brookskushman.com
resfahani@brookskushman.com

*Counsel for Defendant Ford Motor Company*

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically on June 25, 2024. As such, this document was served on all counsel of record who are deemed to have consented to electronic service.

*/s/ Jennifer P. Ainsworth*
Jennifer P. Ainsworth